JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

INGRID M.,

Plaintiff,

v.

FRANK J. BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No. 2:25-cv-09329-DFM

JUDGMENT

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that this matter is dismissed without prejudice for lack of subject-matter jurisdiction.

Date: September 24, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge